UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | | | |
|---|---|---|---|
| Case No. | **ED CV 20-864-DMG (KKx)** | Date | March 18, 2021 |

Title  *Paul Duran v. O'Reilly Auto Enterprises, LLC, et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of the parties' stipulation of dismissal filed on March 18, 2021 [Doc. # 15], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each party bearing that party's own attorney's fees and costs. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.